E-FILED IN OFFICE - JH
CLERK OF STATE COURT
GWINNETT COUNTY, GEORGIA
**24-C-01084-S7**
**2/7/2024 3:50 PM**
TIANA P. GARNER, CLERK

**IN THE STATE COURT OF GWINNETT COUNTY**
**STATE OF GEORGIA**

| | | |
|---|---|---|
| VANESSA BRAY, | ) | |
| | ) | JURY TRIAL DEMANDED |
| Plaintiff, | ) | |
| vs. | ) | CIVIL ACTION |
| | ) | FILE NO. 24-C-01084-S7 |
| TARGET CORPORATION; RED BULL NORTH AMERICA, INC., MATADOR DISTRIBUTING, LLC and JOHN DOE 1-2, | ) | |
| Defendants. | | |

**COMPLAINT FOR DAMAGES**
**AND DEMAND FOR TRIAL BY JURY**

COMES NOW, Plaintiff VANESSA BRAY, and file this Complaint for Damages and Demand for Trial by Jury as follows:

**PARTIES AND JURISDICTION**

1.

Plaintiff is a resident of the State of Georgia.

2.

Defendant, TARGET CORPORATION, is a foreign profit corporation authorized to do business in the State of Georgia and is subject to the jurisdiction and venue of this Court after service upon its registered agent, C T Corporation System, 289 S. Culver Street, Lawrenceville, GA 30046, Gwinnett County.

3.

Defendant, MATADOR DISTRIBUTING, LLC, is a foreign limited liability company authorized to do business in the State of Georgia and is subject to the jurisdiction and venue of this



Exhibit A

Court after service upon its registered agent, James Edward Rubenstein, 5300-C Westpark Drive, Atlanta, GA 30336, Fulton County.

4.

Defendant, RED BULL NORTH AMERICA, INC., is a foreign profit corporation authorized to do business in the State of Georgia and is subject to the jurisdiction and venue of this Court after service upon its registered agent, C T Corporation System, 289 S. Culver Street, Lawrenceville, GA 30046, Gwinnett County.

5.

Defendant, John Doe 1, is an individual, entity, corporation, business, contractor, or subcontractor. The true name and capacity of John Doe 1 is currently unknown to Plaintiff. Therefore, Plaintiff sues John Doe 1 by a fictitious name. Plaintiff will amend the Complaint to show the true name of John Doe 1 when such has been ascertained.

6.

Defendant, John Doe 2, is an individual, entity, corporation, business, contractor, or subcontractor. The true name and capacity of John Doe 2 is currently unknown to Plaintiff. Therefore, Plaintiff sues John Doe 2 by a fictitious name. Plaintiff will amend the Complaint to show the true name of John Doe 2 when such has been ascertained.

7.

Jurisdiction and venue are proper in this Court.

**NEGLIGENCE**

8.

Plaintiff incorporates by reference paragraphs 1 through 7 above as if they were restated

herein verbatim.

9.

On or about July 1, 2022, Plaintiff was an invitee at Target located at 4125 Austell Rd, Austell, GA 30106 ("Premises").

10.

On or about July 1, 2022, Plaintiff was in Target when a cooler was leaking water creating a hazardous condition, which caused Plaintiff to slip and fall.

11.

At all relevant times, Defendants owned or controlled the Premises and owed a statutory duty pursuant to O.C.G.A. § 51-3-1, of reasonable care to invitees to inspect and keep the Premises in a safe condition.

12.

At all relevant times, Defendants breached the duty owed pursuant to O.C.G.A. § 51-3-1, by failing to inspect and keep the Premises in a safe condition.

13.

At all relevant times, Defendants occupied, managed, maintained, or leased the Premises and owed a duty of ordinary care to keep the Premises in a safe condition.

14.

At all relevant times, Defendants breached their duty of ordinary care by failing to keep the Premises in a safe condition.

15.

At all relevant times, Defendants failed to exercise reasonable care to keep the Premises in a safe condition.

16.

At all relevant times, Defendants failed to exercise reasonable care in undertaking the duty to maintain and/or manage the Premises.

17.

At all relevant times, Plaintiff exercised reasonable care for her own safety.

18.

At all relevant times, Defendants' acts or omissions created the peril that resulted in Plaintiff's injuries.

19.

At all relevant times, Defendants had actual knowledge of the dangerous condition (i.e. liquid substance) that caused Plaintiff's injuries and damages.

20.

At all relevant times, Defendants had superior actual and/or constructive knowledge of the dangerous condition that caused Plaintiff's injuries and damages.

21.

Defendants are responsible for the negligent acts and omissions of their employees pursuant to the theory of *respondeat superior*.

## DAMAGES

22.

As a direct and proximate result of the negligent acts by Defendants, Plaintiff suffered substantial injuries and damages, including past and future medical expenses, past and future mental and physical pain and suffering.

23.

As a direct and proximate result of negligence of Defendants, Plaintiff has incurred in excess of $83,583.40, in past medical expenses. Defendants are indebted to Plaintiff for compensatory damages, past, present and future treatment expenses; past, present and future pain and suffering; past, present and future loss of ability to enjoy life; lost wages and/or lost earning capacity; expenses of litigation, and all other damages allowed by Georgia law.

WHEREFORE, Plaintiff prays:

a. That process issue according to law;

b. That Defendants be served with a copy of Plaintiff's Complaint for Damages and Demand for Trial by Jury and show cause why the prayers for relief requested by Plaintiff herein should not be granted;

c. That Plaintiff be granted a **trial by jury** in this matter;

d. That judgment be entered in favor of Plaintiff against the Defendants for personal injuries sustained and for physical, mental pain and suffering, past, present and future in an amount to be determined by the enlightened conscience of an impartial jury;

e. That judgment be entered in favor of Plaintiff against the Defendants for medical expenses with the exact amount of damages to be proven at trial;

f. That Plaintiff have such further relief as the Court may deem just and proper.

This 7th day of February 2024.

*<u>/s/ Daphne Duplessis Saddler</u>*
Daphne Duplessis Saddler
Georgia Bar No. 575602
Attorney for Plaintiff

John Foy & Associates, P.C.
3343 Peachtree Road, NE, Suite 350
Atlanta, GA 30326
Tel: (404) 400-4000
Fax: (404) 445-3146